UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WILFRED LABOSSIERE,

                Plaintiff,

-against-

DOWNSTATE CORRECTIONAL FACILITY;
C.O. AKINWUNMI; C.O. A. JONES,

                Defendants.

21-CV-10540 (LTS)

CIVIL JUDGMENT

---

Pursuant to the order issued May 6, 2022, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed for failure to state a claim on which relief may be granted under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 6, 2022
           New York, New York

                                       /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                    Chief United States District Judge